UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 1:06:CR:238

v.

                                    HON. GORDON J. QUIST

DANIEL FERNANDO TABOADA,

        Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 14, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Daniel Fernando Taboada's plea of guilty to Count 1 of the Indictment is accepted.  Defendant Daniel Fernando Taboada is adjudicated guilty.

3. Defendant Daniel Fernando Taboada shall be detained pending sentencing.


Dated: January 5, 2007                                        /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE